FILED
U.S. District Court
District of Kansas

MAY 0 8 2024

Clerk, U.S. District Court
By _____ Deputy Clerk

Micheal McDonald pro se
1569 Coe Dr.
Wichita Kansas 67208
Tel No.  316 305-5607

IN THE UNTIED STATES NDISTRICT COURT
FOR THE DISTRICT OF  KANSAS\
WICHITA DIVISION

Micheal McDonald
        Plaimtiff Petitoner,

vs.

No.

Clerk)

Case ___6:24-cv-1077-JWB-BGS___

(supplied by the Clerk)

The Starte of Kansas , and
The State of Georgia ,
    et al;   Defendant  Respondents.

COMPLAINT

1.   Plaintiff Petitoner dulu Pro se , respectfully requests  the Court to brimg this suit against

the above named defendents, for injuntive relief, declaratory relief, montary damages, compensa

tory damages, and request for puntive damages, for violating Plaintiff Petitoner, rights, privileg

es, immunties, secured under Federal and State statutory laws, secured under the Fourth, Fifth,

Sixth and the Eighth Amendments to due process and equal
\

protection secured uner the Fourteenth Amendment to the United States Constirtution, 42 USC 1983 and 1985(c).

## II.  JURISDICTION & VENUE

2.  Jurisdiction is conferred upon this court pursant to Title 28 USC 1331m 1334, 1336, is proper jurisdiction, before thiis court.

3.  Venue is proper in this jurisdiction in that the injury occurred to be found in Sedgewick County Kansas leading up to these acts of ommision to the transactions of the events discovered pursuant to Title 28 USC 1339,which are the substanial occurence leading up to these events.

## III,  PARTIES

4.  Plaintiff Petitioner respectfully requests there is no entry of any judical trial proceeding records made.  Fed.R.Civ.P 15 (absent no parties relief canot be granted , the state is not a per son therfore, there is no adqueate remedy under the law which to recover or file this claim.

In addition the unknow defendents never provided the most important status to determine the date the assigment of the case, intailing the particpants absent was not has been provided in ex cess of 19 years in this instant case as filed was barred without trial hearing the appointment of counse, the prosecutor, and the presiding Judge, from Atlantic Dekalb Ga Districrt court Clerk as the procedureal due process to make it work alledged was barred to not find their names from actions join in a conspraicy and co-conspritors on going. court docket case no. In addition the statute numbers offical discription two different charges never docketed or ajudicated to by each state Kansas and Gerogia, directly or indirectly holding Plaintiff Pettioner missing Na also the parole or probation officer name, the name of the Plaintiff Petioner that register in Atlanta Dekalb GA a Non deainerabke warrant not experdiable as if Plaintiff Petitoner had been Charg ed. The State of Kansas as co-conspriators aided and abetted by fraudulently offenses of

their jurisiction as Gerorgia evidence undisputed the Motion leave to File pending the finical affidavit pursuant to Fed.R.Civ.P 201 for the court to take judical notice to make sure authintic [authentic] reecords are not retainable ,docketed trial dates hearings absent no adjucication [adjudication] of the two sex offender conviction are void as having at present kidnap as a life time register or an register sex offender no procedural due process posture is an obstruction of justice, wiffuly [willfully] and malicious prosecution , abuse of State and Fedreral Rules both of Civ and Criminal P is a undisputable record of evidence forming an Anarch against the Federal Goverment fraudulent concealment secured under Federal aand state statutory practices a mainfiestation of injustice secured under the Forth,Fifth, Sixth, and the Eighth Amendments due process and equal protection sercured under the Fourteenth Amendments to the United States Constitution, 42 USC 1983 and the others Title codes to support a summary judgment from here attached Exhibit A. evidence found under the request of Federal R,Civ P, 201 is a summary Judgment Fed.R.Civ.P 57 conduct very discriptive and ongoing.   See Exhibit A attached

Claims of Relief

5.   Plantiff Petitoner respectfully request leave after reviewing the posture of this pleading that could only be plead undert the Title of parties Rule 15 and the State is  not a person for the Purpoose [Purpose] of filing A 42 USC  1983 and the title codes conspriacy [conspiracy] and co- conspriture [co-conspiratur] ongoing failed to obtain authoirty over juridiction which they had control, therefore lack subject mattier jusrisdciton [jurisdiction], undisputably done this conduct outside their offical capacity sheild immuniies [immunities] is dropped.

6.   Plaintiff has and continues to be injured defamtion to his character emotional mental str

Psycological

stress and physoclogal damages from the age 19 years old held kidnapp to and in this procees

7. Plaintiff Petitioner reserve the right leave to amend the complaint for discovery statements

of facts for discovery if the court deem it necessay for montary damages, compensatory

there

damages, and request punitive damages and injuctive relief and declaratory relief as theri is

adequate remedy

no adquate remendy at law to plead his civil case. 20 Millions Dollars for The State of Kansas

of                    Comparitive

and 20 Million dollars from the State oif Gerogia under Compartive fault of liablity.

Plaintiff              to

8.  Plaiintiff reserves the right trial by Jury in Sedgiwick County US Federal District Court

this __8th__ day __5__ ,month__2024__ year.

_____
Micheal McDonald Pro se

Wherefore Plaintiff Petitioner Prays to the Court for the above relief and what the court

deem necessary to put Plaintiff Pertitioner back on equal footing under the USC.

Respectfully Submitted;

_____
Micheal McDonald Pro se

SHER-ORU - Offender Files - 6/24/2021

Exhibit A

COPY

## ACKNOWLEDGEMENT OF THE OFFENDER

INITIAL
BELOW

1. I have been convicted or adjudicated of a crime that requires registration under the Kansas Offender Registration Act, K.S.A. 22-4901 et seq., hereafter referred to as "the Act", and must honor all duties specified by the Act.

2. At the time of conviction or adjudication, the court will complete a notice of duty to register if I am released prior to sentencing. Within three (3) business days, I will report to the registering law enforcement agency in the county or tribal land of conviction or adjudication and to the registering law enforcement agency in any place where I reside, maintain employment or attend school, to complete the registration form. See K.S.A. 22-4904 (a)(1)

3. If in the custody of a correctional facility, I will register with the correctional facility within three (3) business days of initial custody and shall not be required to update such registration until released from custody, granted work release or otherwise allowed to leave the grounds of the correctional facility. See K.S.A. 22-4905 (d)

4. Within three (3) business days of coming into any county or location of jurisdiction where I reside or intend to reside, maintain employment or intend to maintain employment, attend school or intend to attend school, I must register with each registering law enforcement agency in the county or location of jurisdiction. Each time I register, I must be photographed, pay a registration fee of $20, and complete the registration form with all information and updated information required for registration as provided in K.S.A. 22-4907. In addition to the Kansas Offender Registration Act, sex offenders who reside, work or attend school on tribal land shall register pursuant to tribal law. Tribes in the state of Kansas that require registration include the Prairie Band Potawatomi Nation, Iowa Tribe of Kansas and Nebraska and the Kickapoo Tribe in Kansas. Sac and Fox Nation has delegated the registration responsibility to the state of Kansas through the local sheriff's offices, therefore compliance with the Kansas law is sufficient. See K.S.A. 22-4905

5. I am required to report four (4) times a year in person to the registering law enforcement agency in the county or location of jurisdiction where I reside, maintain employment, or attend school. After initial registration, I must report in the month of my birthday and every third, sixth, and ninth month occurring before and after my birth month.
   - If my birthday is in January, April, July, or October, I am required to report to the registering law enforcement agency in January, April, July, and October.
   - If my birthday is in February, May, August, or November, I am required to report to the registering law enforcement agency in February, May, August, and November.
   - If my birthday is in March, June, September, or December, I am required to report to the registering law enforcement agency in March, June, September, and December. See K.S.A. 22-4905 (b)

6. If I am transient, I must report in person to the registering law enforcement agency of such county or location of jurisdiction in which I am physically present within three (3) business days of arrival in the county or location of jurisdiction. I am required to register in person with the registering law enforcement agency every 30 days, or more often at the discretion of the registering law enforcement agency. I must also provide a list of places where I have slept and otherwise frequented during the period of time since the last date of registration and provide a list of places where I may be contacted and where I intend to sleep and otherwise frequent during the period of time prior to the next required date of registration. See K.S.A. 22-4905 (f)

7. I must register in person upon any commencement, change or termination of residence location, employment status, school attendance or other information, as provided in K.S.A. 22-4907, within three (3) days of such commencement, change or termination, to the registering law enforcement agency or agencies where last registered and provide written notice to the Kansas bureau of investigation. See K.S.A. 22-4905 (h)

8. If required by out-of-state law, I will register in any out-of-state jurisdiction where I reside, maintain employment or attend school. See K.S.A. 22-4905 (g)

9. On or before my birthday, I am required to renew any driver's license or identification card issued to me. I am then required to renew such driver's license or identification card annually thereafter. The driver's license and identification card shall indicate that I am a registered offender. If maintaining primary residence in Kansas, I must surrender all other driver's licenses and identification cards from other states, territories, and the District of Columbia, except if I am or an immediate family member is maintaining active duty in any branch of the United States military. See K.S.A. 22-4905 (m), (n)

10. If this is my first adult conviction, I must register for fifteen (15) years unless a longer term is specified or present terms are amended by statute for any of the following: sexual battery; adultery if one party is less than 18 years of age; promoting the sale of sexual relations; patronizing a prostitute if one party is less than 18 years of age; lewd and lascivious behavior if one party is less than 18 years of age; capital murder; murder in the first degree; murder in the second degree; voluntary manslaughter; involuntary manslaughter; criminal restraint if the victim is less than 18 years of age; sexual extortion if either party is less than 18 years of age; any act which has been determined beyond a reasonable doubt to have been sexually motivated; conviction of any person felony and the court makes a finding on the record that a deadly weapon was used in the commission of such person felony; unlawful manufacture or attempting such of any controlled substance or controlled substance analog; possession of ephedrine, pseudoephedrine, red phosphorus, lithium metal, sodium metal, iodine, anhydrous ammonia, pressurized ammonia or phenylpropanolamine, or their salts, isomers or salts of isomers with intent to use the product to manufacture a controlled substance; or unlawful distribution of, or possession with intent to distribute, a controlled substance set forth in K.S.A. 21-5705(a)(1). This time period does not include any time incarcerated in any jail or correctional facility or any period of non-compliance with the requirements of the Act. If I am convicted as an adult of a second or subsequent offense(s) covered by the Act, I will be required to register for life. Any conviction for an attempt, conspiracy or solicitation requires registration for the same term as the underlying offense. See K.S.A. 22-4906 (a)

If this is my first adult conviction, I must register for twenty-five (25) years unless a longer term is specified or present terms are amended by statute for any of the following: criminal sodomy, as defined in K.S.A. 21-5504(a)(1) or (a)(2), when one of the parties involved is less than 18 years of age; indecent solicitation of a child; electronic solicitation; aggravated incest; indecent liberties with a child; unlawful sexual relations; sexual exploitation of a child if the victim is 14 or more years of age but less than 18 years of age; aggravated sexual battery; or promoting prostitution if the person selling sexual relations is 14 or more years of age but less than 18 years of age. This time period does not include any time incarcerated in any jail or correctional facility or any period of non-compliance with the requirements of the Act. If I am convicted as an adult of a second or subsequent offense(s) covered by the Act, I will be required to register for life. Any conviction for an attempt, conspiracy or solicitation requires registration for the same term as the underlying offense. See K.S.A. 22-4906 (b)

I must register for life if I am convicted of any of the following crimes: rape; aggravated indecent solicitation of a child; aggravated indecent liberties with a child; criminal sodomy, as defined in K.S.A. 21-5504(a)(3) or (a)(4); aggravated criminal sodomy; aggravated human trafficking; sexual exploitation of a child if the victim is less than 14 years of age; commercial sexual exploitation of a child; promoting prostitution if the person selling sexual relations is less than 14 years of age; kidnapping; aggravated kidnapping; or any person who has been declared a sexually violent predator pursuant to K.S.A. 59-29a01 et seq. Any conviction for an attempt, conspiracy or solicitation requires registration for the same term as the underlying offense. See K.S.A. 22-4906 (d)

11. If adjudicated as a juvenile offender for an act which if committed by an adult would constitute a sexually violent crime set forth in K.S.A. 22-4902(c), and amendments thereto, and such crime is not an off-grid felony or a felony ranked in severity level 1 of the nondrug grid, I must register until eighteen (18) years of age, or for five (5) years from the date of

COPY

adjudication or release from confinement, whichever date occurs later. This time period does not include time incarcerated in any jail, juvenile facility or correctional facility or any period of non-compliance with the requirements of the Act. The court may order that my registration not be an open record displayed on the public website. In such cases, it is my duty to provide a copy of the court order to the registering law enforcement agency at the time of registration. See K.S.A. 22-4906 (f) and (g)

If I am 14 years of age or more and adjudicated as a juvenile offender for an act which if committed by an adult would constitute a sexually violent crime set forth in K.S.A. 22-4902(c), and amendments thereto, and such crime is an off-grid felony or a felony ranked in severity level 1 of the nondrug grid, I shall be required to register for life. See K.S.A. 22-4906 (h)

12. If I reside, maintain employment, or attend school in the state of Kansas on a full-time, part-time, or temporary basis and I have been convicted or adjudicated in an out-of-state court, or where I was required to register by an out-of-state law, or if I have been convicted or adjudicated of an offense comparable to a Kansas law that requires registration, I shall register for the same length of time required either by the out-of-state jurisdiction or by the Act, whichever term is longer. I must register in person with the registering law enforcement agency in the county or location of jurisdiction where I am residing, maintaining employment, or attending school within three (3) business days to complete a registration form. See K.S.A. 22-4906 (k) and (l)

13. If receiving inpatient treatment at any treatment facility, I shall inform the treatment facility of my status as an offender and inform the registering law enforcement agency of the county or location of jurisdiction in which the treatment facility is located of my presence at the treatment facility and the expected duration of the treatment. See K.S.A. 22-4905 (j)

14. If I travel outside of the United States, I shall report in person to the registering law enforcement agency in the jurisdiction of my residence and provide written notice to the Kansas bureau of investigation 21 days prior to any such travel. I shall provide an itinerary including, but not limited to, destination, means of transport and duration of travel. See K.S.A. 22-4905(p)

15. I shall provide all information as required on the Kansas Offender Registration Form. See K.S.A. 22-4907 (a)

16. If I fail to register, fail to update my registration, provide any false information or otherwise violate any requirement of the Act, I have committed a violation of the Kansas Offender Registration Act. A first conviction for violating the Act is a severity level 6 felony; a second conviction is a severity level 5 felony; and a third or subsequent conviction is a severity level 3 felony. A new and separate offense of non-compliance will occur every 30 days that have elapsed until such time as I comply with the law. Aggravated violation of the Kansas Offender Registration Act is failing to register for more than 180 consecutive days and is a severity level 3 felony. If I fail to remit payment to the sheriff's office as required in K.S.A. 22-4905(l), I have committed a violation of the Kansas Offender Registration Act. A first conviction of a violation of not remitting payment within 15 days of registration is a class A misdemeanor. If I do not remit payment within 15 days of the most recent registration and two or more full payments have not been remitted to the sheriff's office, I have committed a violation of the Kansas Offender Registration Act which is a severity level 9 felony. See K.S.A. 22-4903

17. Pursuant to Title 18, United States Code, Section 2250, I could also be subject to federal prosecution and punished for up to ten (10) years if I am required to register as a sex offender and required to update my sex offender registration, but fail to do so under the Sex Offender Registration and Notification Act, set forth in Title 34, United States Code, Section 20911, et. seq.

18. I understand that if I receive an expungement for the crime that required registration, my registration obligation does not terminate. See K.S.A. 22-4909 (e)

I hereby sign this statement to attest and agree that the information contained in my registration form has been provided by me and is true and correct. If I have misrepresented myself, falsified any information, left out critical and truthful information required of me, or interfered with official duties of the law enforcement agency who registered me, I will be held accountable for criminal charges against me and will be punished for the offense(s). I have read the application and I have initialed the relevant areas to indicate I understand them. I verify that I have read the above rules and requirements regarding my registration as an offender, and the requirements have been explained to me, and I completely understand them and the consequence(s) for failure to comply. Further, I have been given the opportunity to have any questions answered today in reference to my registration requirements

SIGNATURE OF REGISTRANT: _____ DATE 3-6-2024

SIGNATURE OF WITNESS: _____ DATE 3-6-24

Revised 6/2022

COPY

| PROFESSIONAL LICENSE/CERTIFICATION | LICENSE NUMBER | LICENSE TYPE | ISSUING AGENCY | ISSUING STATE | EXPIRATION DATE |
|---|---|---|---|---|---|
| | | | | | |

## SCHOOL INFORMATION

NAME OF CURRENT OR ANTICIPATED EDUCATIONAL INSTITUTION:
N/A

| STREET | CITY | COUNTY | STATE | ZIP | | PHONE |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

| ATTENDANCE START DATE | ATTENDANCE END DATE | |
|---|---|---|
| | | |

## INTERNET INFORMATION

ALL EMAIL ADDRESSES/ONLINE INDENTITIES/PERSONAL WEB PAGES/SCREEN NAMES/SITE AFFILIATIONS/DESIGNATIONS
N/A

## CRIMINAL INFORMATION

| OFFENSES(S) DESCRIPTION | STATUTE NUMBER | DATE OF OFFENSE | DATE OF CONVICITON |
|---|---|---|---|
| Child Molestation | 16-6-4(a) | 08/19/1998 | 05/22/2000 |

| CITY, COUNTY, STATE OF ADJUDICATION/ CONVICTION | COURT CASE NUMBER | SEX OF VICTIM | AGE OF VICTIM |
|---|---|---|---|
| ATLANTA DEKALB GA | N/A | F | 15 |

NON-KS OFFENSE EQUIVALENCY

| OFFENSES(S) DESCRIPTION | STATUTE NUMBER | DATE OF OFFENSE | DATE OF CONVICITON |
|---|---|---|---|
| STATUTORY RAPE | 16-6-3 | 08/19/1998 | 05/22/2000 |

| CITY, COUNTY, STATE OF ADJUDICATION/ CONVICTION | COURT CASE NUMBER | SEX OF VICTIM | AGE OF VICTIM |
|---|---|---|---|
| ATLANTA DeKalb GA | N/A | F | 15 |

NON-KS OFFENSE EQUIVALENCY

| PAROLE OR PROBATION OFFICER'S NAME | PHONE |
|---|---|
| N/A | N/A |

| NAME OF PERSON THAT REGISTERED THE OFFENDER | COMMENTS | PHONE |
|---|---|---|
| | | 3166603939 |

**ATTENTION! BEFORE SIGNING, READ ACKNOWLEDGEMENT OF THE OFFENDER**

I have reviewed the Acknowledgement of the Offender and understand these duties under the Kansas Offender Registration Act.

I have provided truthful information which is contained above. I declare, verify and certify under the penalty of perjury that the foregoing is true and correct, executed on _____ (date).

SIGNATURE OF REGISTRANT: _____ DATE 3-6-2024

SIGNATURE OF WITNESS: _____ BX D1306 _____ DATE 3-6-24

REGISTERING LAW ENFORCEMENT AGENCY: <u>RETAIN THE ORIGINAL FOR YOUR RECORDS</u> AND <u>PROVIDE A COPY TO THE OFFENDER</u>. MAIL COPY TO: THE KANSAS BUREAU OF INVESTIGATION, OFFENDER REGISTRATION AT 1620 SW TYLER, TOPEKA, KS 66612-1837.

*Revised 6/2022*

Exhibit A.

# KANSAS OFFENDER REGISTRATION FORM

**COPY**

| | | |
|---|---|---|
| INITIAL REGISTRATION ☐ | | For use by the SO |
| REGISTRATION UPDATE ☐ | | Birth Month - 9 |
| DUAL REGISTRATION ☐ | | 2nd Req Visit - 12 |
| | | 3rd Req Visit - 3 |
| | | 4th Req Visit - 6 |

PLEASE PRINT OR TYPE ALL INFORMATION

## OFFENDER INFORMATION

| REGISTERING AGENCY NAME | AGENCY ORI NUMBER | REGISTRATION DATE |
|---|---|---|
| Sedgwick County Sheriff's Office | KS0870000 | 3/6/2024 |

| SOP NUMBER (FOR KBI USE ONLY) | KBI NUMBER | FBI NUMBER | COURT DETERMINED SEXUAL PREDATOR |
|---|---|---|---|
| 7813 | 860075 | 174067JB0 | YES ☐   NO ☒ |

| NAME OF OFFENDER  LAST  SFX  FIRST  MIDDLE | SOCIAL SECURITY NUMBER |
|---|---|
| MCDONALD, MICHAEL WAYNE | 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 |

| ALIAS NAME:  LAST  SFX  FIRST  MIDDLE | DATE OF BIRTH | CITY AND STATE OF BIRTH |
|---|---|---|
| "Kid" | 09/22/1976 | WICHITA, Kansas |

| MONIKERS/PSEUDONYMS/ETHNIC OR TRIBAL NAMES | PASSPORT NUMBER | IMMIGRATION NUMBER |
|---|---|---|
| | | |

| RACE | SEX | ETHNICITY | SKIN TONE | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | BLOOD TYPE | DOC NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| Black | M | N/A | Light Brown | 5'7" | 160 | Brown | Black | N/A | 67848 |

| SCARS /MARKS / TATTOOS (Location & Description) |
|---|
| TATTOO on L_arm - AFRICA |

| MENTAL HEALTH TREATMENT: PLEASE EXPLAIN ANY TREATMENT RECEIVED FOR MENTAL ABNORMALITY OR PERSONALITY DISORDER |
|---|
| N/A |

## VEHICLE INFORMATION

| DRIVERS LICENSE/ID NUMBER | STATE | EXP. DATE | LICENSE PLATE NUMBER | STATE REGISTERED | LICENSE PLATE TYPE | LICENSE PLATE EXP DATE |
|---|---|---|---|---|---|---|
| K02262326 | KS | | N/A | N/A | N/A | |

| VEHICLE INDENTIFICATION NUMBE | VEHICLE TYPE | VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | VEHICLE STYLE | VEHICLE COLOR |
|---|---|---|---|---|---|---|
| N/A | AU - Automobile | 1999 | Ford | Explorer | N/A | Red |

| VEHICLE USE | GENERAL PARKING LOCATIONS |
|---|---|
| | GENERAL |

| BOATS/WATERCRAFT  MAKE | MODEL | COLOR |
|---|---|---|
| | | |

| LICENSE PLATE NUMBER | STATE | VIN (HULL#) | YEAR |
|---|---|---|---|
| | | | |

## ADDRESS INFORMATION

| CURRENT PHYSICAL RESIDENCE  STREET  APT#  CITY  COUNTY  STATE  ZIP | PHONE NUMBER |
|---|---|
| 5636 COE DR WICHITA, Sedgwick, KS 67208 | (316) 305-5607 |

| LOCATION START DATE | LOCATION END DATE | ALTERNATE PHONE NUMBER(S) |
|---|---|---|
| 08/13/2023 | | Other (316) 312-1287 |

| MAILING ADDRESS  STREET  APT#  CITY  COUNTY  STATE  ZIP | PHONE NUMBER |
|---|---|
| N/A | |

| LOCATION START DATE | LOCATION END DATE | ALTERNATE PHONE NUMBER(S) |
|---|---|---|
| | | |

| TEMPORARY OR ANTICIPATED  STREET  APT#  CITY  COUNTY  STATE  ZIP | PHONE NUMBER |
|---|---|
| N/A | |

| LOCATION START DATE | LOCATION END DATE | ALTERNATE PHONE NUMBER(S) |
|---|---|---|
| | | |

## EMPLOYMENT INFORMATION

| OCCUPATION / JOB TITLE | CURRENT OR ANTICIPATED PLACE OF EMPLOYMENT | NAME OF SUPERVISOR |
|---|---|---|
| N/A | JOHNSON CONTROLS | CHASTITY |

| WORK ADDRESS  STREET  CITY  COUNTY  STATE  ZIP | PHONE |
|---|---|
| 3110 N MEAD ST WICHITA, Sedgwick, KS 67219 | 3168326400 |

| EMPLOYMENT START DATE | EMPLOYMENT END DATE |
|---|---|
| 01/31/2023 | |